**Dismissed and Memorandum Opinion filed November 26, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-01113-CV

## IN THE INTEREST OF P.R.A. AND M.V.A., CHILDREN,

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-47980**

## MEMORANDUM OPINION

This is an attempted appeal from a contempt order. A court of appeals lacks jurisdiction to review a contempt order on direct appeal. *Tex. Animal Health Comm'n v. Nunley*, 647 S.W.2d 951, 952 (Tex. 1983).

On October 22, 2019, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before November 4, 2019. *See* Tex. R. App. P. 42.3(a). Appellant's response fails to demonstrate that this court has jurisdiction over the appeal.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Zimmerer, Spain, and Hassan.